Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

CHRISTOPHER HUGH SPANGLER
MANDI RAE SPANGLER

CASE NO: 12-10376-RLJ-13
HEARING DATE:  10/30/2013
HEARING TIME:  11:00 AM

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 016 0 U | ABILENE REGIONAL MEDICAL CENTER | $128,000.00 | 019 0 U | AT&T CARDMEMBER SERVICE | $192.00 |
| 022 0 U | DEPT OF EDUCATION/NELN | $33,000.00 | 024 0 U | DR BRINKMAN | $2,540.00 |
| 025 0 U | DR LEVERTON | $4,200.00 | 026 0 U | EASTLAND MEMORIAL HOSPITAL | $7,000.00 |
| 029 0 U | GEMB-LOWES | $1,844.00 | 031 0 U | HARVEST ASSOCIATES | $865.00 |
| 032 0 U | HIGHER EDUC SVC CORP | $5,250.00 | 033 0 U | LANE BRYANT RETAIL/SOA | $1.00 |
| 034 0 U | RADIOLOGY ASSOCIATES OF ABILENE | $52.00 | 035 0 U | SEARS CBNA | $7,771.00 |
| 036 0 U | TEXAS EMERGENCY STAFFING SOLUTIONS | $825.00 | 037 0 U | WEST TEXAS RADIOLOGY | $310.00 |
| 038 0 U | WEST TEXAS REHAB | $2,000.00 | | | |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | BANK OF OKLAHOMA NA | MORTGAGE ARREARS THRU 12-2012 | $2,658.82 | $140,000.00 | 7.00% | 60 | $56.69 PAID BY TRUSTEE |
| 009 0 | ALLY FINANCIAL | 2012 GMC ACADIA | $47,996.28 | $47,950.00 | 6.00% | 60 | $970.43 PAID BY TRUSTE |
| 010 0 * | ALLY FINANCIAL | 2012 DODGE RAM | $0.00 | $48,123.00 | | | SURRENDERED |
| 011 0 * | CITY OF CISCO | 2012 PROPERTY TAXES/ 1014 5TH ST, CISCO, TEXAS | $272.26 | $17,669.00 | | | SURRENDERED |
| | Not provided for in confirmed plan. See Modification Below. | | | | | | |
| 012 0 * | COUNTY OF EASTLAND | 2012 PROPERTY TAXES/1014 5TH ST, CISCO, TEXAS | $188.21 | $17,669.00 | | | SURRENDERED |
| 013 0 * | GRANDVIEW AT LAS VEGAS | TIMESHARE/2150 JO RAE AVE, LAS VEGAS, NV | $0.00 | $9,990.00 | | | SURRENDERED |
| 014 0 | BANK OF OKLAHOMA NA | DIRECT PMTS BEGIN 1-2013 | $135,278.60 | $140,000.00 | | | PD DIRECT BY DEBTOR |

| | | | | | |
|---|---|---|---|---|---|
| 015 0 | EASTLAND COUNTY APPRAISAL DISTRICT | PROPERTY TAXES/6217 HWY 183, CISCO, TEXAS | $0.00 | $140,000.00 | PD DIRECT BY DEBTOR |
| 055 0 | CITY NTL BK/OCWEN LOAN SERVICE | MORTGAGE 1014 5TH ST. CISCO, TX | $0.00 | $32,450.00 | SURRENDERED |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 009 1 U | ALLY FINANCIAL | $46.28 | 017 0 U | PANHANDLE PLAINS | $57,910.26 |
| | *SPLIT CLAIM/2012 GMC ACADIA* | | | *STUDENT LOAN* | |
| 018 0 U | BECKET & LEE LLP | $3,735.85 | 020 0 U | PRA RECEIVABLES MANAGEMENT | $3,219.58 |
| | *PURCHASES/AMERICAN EXPRESS* | | | *PURCHASES/CHASE* | |
| 021 0 U | QUANTUM3 GROUP | $322.24 | 023 0 U | DISCOVER FINANCIAL SERVICES | $2,239.44 |
| | *PURCHASES/LANE BRYANT* | | | *PURCHASES* | |
| 027 0 U | PRA RECEIVABLES MANAGEMENT | $991.08 | 028 0 U | PRA RECEIVABLES MANAGEMENT | $1,130.34 |
| | *PURCHASES/JC PENNEY* | | | *PURCHASES/JC PENNEY* | |
| 030 0 U | PRA RECEIVABLES MANAGEMENT | $982.13 | 057 0 U * | PANHANDLE PLAINS | $482.46 |
| | *PURCHASES/WALMART* | | | *STUDENT LOAN* | |
| | | | | *Not provided for in confirmed plan.* | |
| 058 0 U * | ALLY FINANCIAL | $16,332.27 | 059 0 U * | NELNET | $36,413.84 |
| | *AUTO DEFICIENCY/2012 DODGE RAM PICKUP* | | | *STUDNET LOAN* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

The City of Cisco's secured claim for $272.26 shall be valued at $17,669.00 and Surrendered.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 10/30/2013 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:  8/29/2013                                                            /s/ Walter O'Cheskey

                                                                            _____
                                                                            Walter O'Cheskey
                                                                            Chapter 13 Trustee

ABILENE REGIONAL MEDICAL CENTER 6250 HWY 83-84 AT ANTILLEY ROAD  ABILENE TX 79606
ACS C/O PANHANDLE PLAINS 501 BLEECKER ST UTICA NY 13501
ALLY FINANCIAL PAYMENT PROCESSING CENTER PO BOX 78367 PHOENIX AZ 85062
ALLY FINANCIAL PO BOX 130424  ROSEVILLE MN 55113
ALLY FINANCIAL PO BOX 380901  BLOOMINGTON MN 55438
AMERICAN EXPRESS AMERICAN EXPRESS SPECIAL RESEARCH PO BOX 981540 EL PASO TX 79998
AT&T CARDMEMBER SERVICE PO BOX 44167  JACKSONVILLE FL 32231
BANK OF OKLAHOMA NA 7060 S YALE SUITE 200  TULSA OK 74136
BANK OF TEXAS NA 5956 SHERRY LN  DALLAS TX 75225
BECKET & LEE LLP ATTORNEYS AT LAW 16 GENERAL WARREN, PO BOX 3001 MALVERN PA 19355
BOKF/BANK OF OKLAHOMA LAW OFFICE OF MICHAEL J SCHROEDER 3610 NORTH JOSEY LANE SUITE 206 CARROLLTON TX 75007
CHASE PO BOX 15298  WILMINGTON DE 19850
CHRISOPHER HUGH SPANGLER 6217 HWY 183  CISCO TX 76437
CHRISTOPHER HUGH SPANGLER & MANDI RAE SPANGLER 6217 HWY 183  CISCO TX 76437
CITY NTL BK/OCWEN LOAN SERVICE ATTN: BANKRUPTCY PO BOX 24738 WEST PALM BEACH FL 33416
CITY OF CISCO C/O MCCREARY, VESELKA, BRAGG, & ALLEN PO BOX 1269 ROUND ROCK TX 78680
CITY OF CISCO PO BOX 914  EASTLAND TX 76448
COMENITY BANK-LNBRYANT PO BOX 182789  COLUMBUS OH 43218
COUNTY OF EASTLAND MCCREARY VESELKA BRAGG & ALLEN PC PO BOX 1269 ROUND ROCK TX 78680
COUNTY OF EASTLAND PO BOX 389  EASTLAND TX 76448
CREDIT COLLECTIONS I 2601 NW EXPRESSWAY STE 1000E  OKLAHOMA CITY OK 73112
DEPT OF EDUCATION/NELN 121 S 13TH ST  LINCOLN NE 68508
DISCOVER FIN SVCS LLC PO BOX 15316  WILMINGTON DE 19850
DISCOVER FINANCIAL SERVICES PO BOX 3025  NEW ALBANY OH 43054
DR BRINKMAN 5236 W UNIVERSITY ST SUITE 3200  MCKINNEY TX 75071
DR LEVERTON 6200 REGIONAL PLZ SUITE 1250  ABILENE TX 79606
EASTLAND COUNTY APPRAISAL DISTRICT PO BOX 914  EASTLAND TX 76448
EASTLAND MEMORIAL HOSPITAL 304 SOUTH DAUGHERTY ST  EASTLAND TX 76448
GECRB-JCP PPP PO BOX 965005  ORLANDO FL 32896
GEMB JC PENNY ATTENTION : BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
GEMB/WALMART ATTN: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
GEMB-LOWES ATTN: GEMB PO BOX 103104 ROSWELL GA 30076
GRANDVIEW AT LAS VEGAS 9940 LAS VEGAS BLVD SOUTH  LAS VEGAS NV 89153
HARVEST ASSOCIATES PO BOX 138  SPRING TX 77383
HIGHER EDUC SVC CORP 4381 W GREEN OAKS BLVD S  ARLINGTON TX 76016
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JC PENNEY PO BOX 533  DALLAS TX 75221
LANE BRYANT RETAIL/SOA 450 WINKS LN  BENSALEM PA 19020
MACKIE WOLF ZIENTZ & MANN PC PARKWAY OFFICE CENTER SUITE 900 14160 NORTH DALLAS PARKWAY DALLAS TX 75254
MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680
MICHAEL J SCHROEDER 3610 NORTH JOSEY LANE SUITE 206  CARROLLTON TX 75007
NELNET STUDENT LOAN TRUST C/O NELNET 3015 SOUTH PARKER ROAD SUITE 400 AURORA CO 80014
NELNET US DEPARTMENT OF EDUCATION PO BOX 740283 ATLANTA GA 30374
OCWEN LOAN SERVICING LLC 1661 WORTHINGTON RD  SUITE 100  WEST PALM BEACH FL 33409
PANHANDLE PLAINS TEXAS GUARANTEED STUDENT LOAN CORP PO BOX 83100 ROUND ROCK TX 78683
PANHANDLE PLAINS TGSLC PO BOX 659602 SAN ANTONIO TX 78265
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
QUANTUM3 GROUP COMENITY BANK PO BOX 788 KIRKLAND WA 98083
RADIOLOGY ASSOCIATES OF ABILENE PO BOX 2898  ABILENE TX 79604
SEARS CBNA PO BOX 6282  SIOUX FALLS SD 57117
TEXAS EMERGENCY STAFFING SOLUTIONS 17300 PRESTON RD STE 555  DALLAS TX 75252
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WEST CENTRAL TX COLLECTIONS PO BOX 2586  ABILENE TX 79604
WEST TEXAS RADIOLOGY 3280 JOE BATTLE BLVD  EL PASO TX 79938
WEST TEXAS REHAB 4601 HARTFORD  ABILENE TX 79605