Monte J. White & Associates
Monte J. White
State Bar No. 00785232
402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Christopher Hugh Spangler | § | |
| Mandi Rae Spangler | § | |
| | § | |
| | § | CASE NO. 12-10376-RLJ-13 |
| DEBTOR(S) | § | |

**DEBTORS' VOLUNTARY MOTION TO DISMISS
CHAPTER 13 CASE**

THE DEBTOR(S) in the above-referenced case, through attorney of record, Monte J. White, files this Motion and would respectfully show the Court as follows:

1. Debtor(s) are no longer able to comply with the Chapter 13 plan and do not desire to modify the plan.

2. This Chapter 13 Case has not been converted to Chapter 13 from another chapter of the Bankruptcy Code.

3. Under section 1307(b) of the Bankruptcy Code, the debtor(s) are entitled to have this Chapter 13 case dismissed at any time, and the Debtor(s), by this Motion, respectfully requests that such case be dismissed and the estate closed as soon as practicable.

WHEREFORE, Debtor(s) pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, move this honorable court to enter an order dismissing this case and closing the estate as soon as practicable.

Respectfully submitted,

/s/Spangler, Christopher Hugh
Debtor

/s/Monte J. White
Attorney for the Debtor(s)

/s/Spangler, Mandi Rae
Joint Debtor

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Debtors' Voluntary Motion to Dismiss Chapter 13 Case was served on August 30, 2013, to the following parties by ECF and/or regular mail:

Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola
Lubbock, Texas 79424

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 79242-1496

Christopher Hugh Spangler
Mandi Rae Spangler
6217 Hwy 183
Cisco, TX 76437

Also, attached Matrix

/s/Monte J. White
Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10376-rlj13<br>Northern District of Texas<br>Abilene<br>Wed Aug 28 08:32:06 CDT 2013 | Cit of Cisco<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Eastland County<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | AT & T<br>Cardmember Service<br>PO Box 44167<br>Jacksonville, FL 32231-4167 |
| Abilene Regional Medical Center<br>6250 Hwy 83-84 at Antilley Road<br>Abilene, TX 79606 | Acs-panhandle Plains<br>501 Bleaker St<br>Utica, NY 13501-2401 | Ally Financial<br>P O Box 130424<br>Roseville, MN 55113-0004 |
| Ally Financial<br>P O Box 380901<br>Bloomington, MN 55438-0901 | American Express<br>American Express Special Research<br>PO Box 981540<br>El Paso, TX 79998-1540 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| BOKF, N.A.<br>C/O Michael J. Schroeder<br>3610 N. Josey Ln., Ste. 206<br>Carrollton, TX 75007-3150 | Bank Of Texas Na<br>5956 Sherry Ln<br>Dallas, TX 75225-6519 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chrisopher Hugh Spangler<br>6217 HWy 183<br>Cisco, TX 76437-6517 | Christopher Hugh Spangler<br>6217 Hwy 183<br>Cisco, TX 76437-6517 | Cit of Cisco<br>co Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| City Ntl Bk-Ocwen Loan Service<br>Attn: Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416-4738 | City of Cisco<br>co Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Comenity Bank-Inbryant<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit Collections I<br>2601 NW Expressway Suite 1000E<br>Oklahoma City, OK 73112-7238 | Dept Of Education-neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Dr. Brinkman<br>5236 W. University St., Suite 3200<br>McKinney, TX 75071-8120 | Dr. Leverton<br>6200 Regional Plz Suite 1250<br>Abilene, TX 79606-5258 |
| Eastland County<br>co Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Eastland County Appraisal District<br>P.O. Box 914<br>Eastland, TX 76448-0914 | Eastland County and City of Cisco<br>co Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |

Eastland Memorial Hospital
304 South Daugherty St.
Eastland, TX 76448-2609

Gecrb-jcp Ppp
Po Box 965005
Orlando, FL 32896-5005

Gemb-JC Penny
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Gemb-lowes
Attn: GEMB
PO Box 103104
Roswell, GA 30076-9104

Gemb-walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Grandview at Las Vegas
9940 Las Vegas Blvd, South
Las Vegas, NV 89153-0001

Harvest Associates
P.O. Box 138
Spring, TX 77383-0138

Higher Educ Svc Corp
4381 W Green Oaks Blvd S
Arlington, TX 76016-4452

Internal Revenue Service
1100 Commerce
MC 5029 DAL
Dallas, TX 75242-1100

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Lane Bryant Retail-soa
450 Winks Ln
Bensalem, PA 19020-5932

Mandi Rae Spangler
6217 Hwy 183
Cisco, TX 76437-6517

Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601-5151

Nelnet on behalf of US Dept of Education
U.S. Dept of Education
3015 South Parker Road Suite 400
Aurora CO 80014-2904

Ocwen Loan Servcing, LLC
1661 Worthington Rd., Ste. 100
West Palm Beach, FL 33409-6493

Panhandle-Plains on behalf of
Texas Guaranteed Student Loan Corp
c/o Texas Guaranteed Student Loan Corp
PO Box 83100
Round Rock, TX 78683-3100

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Radiology Associates of Abilene
PO Box 2898
Abilene, TX 79604-2898

Sears-cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Texas Emergency Staffing Solutions
17300 Preston Rd. Ste 555
Dallas, TX 75252-5654

West Central TX Collections
PO Box 2586
Abilene, TX 79604-2586

West Texas Radiology
3280 Joe Battle Blvd.
El Paso, TX 79938-2622

West Texas Rehab
4601 Hartford
Abilene, Texas 79605-4699

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC
c/o Chase Bank Usa, N.a.
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Jc Penney Credit Card
PO Box 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Walmart Credit Card
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BOKF, N.A., a nat'l banking ass'n

(u)Ocwen Loan Servicing LLC

(d)Ally Financial
PO Box 130424
Roseville, MN 55113-0004

(d)Christopher Hugh Spangler
6217 Hwy 183
Cisco, TX 76437-6517

(d)Mandi Rae Spangler
6217 Hwy 183
Cisco, TX 76437-6517

End of Label Matrix
Mailable recipients    55
Bypassed recipients     5
Total                  60