

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 3, 2013**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Christopher Hugh Spangler | § | Case No. 12-10376-RLJ-13 |
| AND | § | |
| Mandi Rae Spangler | § | Chapter 13 |
|     DEBTORS | § | |

ORDER DISMISSING CHAPTER 13 CASE

    Debtors' Motion to Dismiss Chapter 13 Case came on to be heard/considered and after reviewing the pleadings and/or hearing the arguments of counsel, the Court finds the following:

1. Debtors filed a Voluntary Motion to Dismiss pursuant to U.S.C. 1307(b).
2. The Court finds that the above-referenced Chapter 13 case should be dismissed.

    IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the above entitled and numbered case is hereby dismissed.

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White, Attorney for Debtor(s)
Monte J. White & Asssociates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699
(325672-9227) fax
legal@montejwhite.com